IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| HOPE INTERNATIONAL CHRISTIAN | ) CASE NO. 09-07113-AJM-11 |
| MINISTRIES, INC, | ) |
| | ) |
| DEBTOR. | |

**AGREED ENTRY ON MOTION TO DISMISS**

Comes now Nancy J. Gargula, United States Trustee (the "United States Trustee"), by Jeannette Eisan Hinshaw, Trial Attorney, and Hope International Christian Ministries, Inc. (the "Debtor"), by Eric C. Redman, Counsel, and hereby submit the following as their *Agreed Entry On Motion to Dismiss* (the "Agreed Entry"), and request the Court enter an order on these matters as follows:

1. The United States Trustee filed her *Motion to Dismiss or Convert Case* (the "Motion to Dismiss") on December 22, 2009.

2. The Debtor filed its objection (the "Objection") to the Motion to Dismiss on December 23, 2009.

3. The Motion to Dismiss and Objection were set for hearing before the Court on January 22, 2010. At the hearing, the parties reached the following agreement to resolve the Motion to Dismiss and Objection:

(a) By no later than 5:00 p.m. on February 24, 2010, the Debtor will become current in its duties to file monthly operating reports and pay quarterly UST fees, specifically the following:
(i) the Debtor will file monthly operating reports for the months of May 2009, June 2009, October 2009, November 2009, December 2009, and January 2010; and

(ii) the Debtor will forward to the appropriate office its UST fees for the fourth quarter of 2009 in the amount of $325.00.

(collectively, the "Required Debtor Acts")

(b) If any of the Required Debtor Acts is not performed and completed by 5:00 p.m. on February 24, 2010, then the Office of the United States Trustee, via undersigned counsel, will file a Notice of Default with the Court, after which the Debtor's case will be dismissed without further notice or hearing.

WHEREFORE, the parties request the Court approve this Agreed Entry and adopt the same as an order of the Court.

AGREED TO AND SUBMITTED BY:

Date: January 22, 2010

COUNSEL FOR THE UNITED STATES TRUSTEE

NANCY J. GARGULA
United States Trustee

By: /s/ Jeannette Eisan Hinshaw
Jeannette Eisan Hinshaw
Office of the United States Trustee
101 West Ohio St., Suite 1000
Indianapolis, IN  46204
(317) 226-5322 tx
(317) 226-6356 fx
Jeannette.Hinshaw@usdoj.gov

Date: January 22, 2010

COUNSEL FOR THE DEBTOR

/s/ Eric C. Redman
Eric C Redman
REDMAN LUDWIG PC
151 N Delaware St Ste 1106
Indianapolis, IN 46204
317-685-2426 tx
Email: ksmith@redmanludwig.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2010, a copy of the foregoing Agreed Entry was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Jeannette Eisan Hinshaw    jeannette.hinshaw@usdoj.gov
W Randall Kammeyer    wrkammeyer@hawkhaynie.com
Eric C Redman    ksmith@redmanludwig.com, kzwickel@redmanludwig.com

I further certify that on January 22, 2010, a copy of the foregoing Agreed Entry was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Clifford Rubenstein
Maurer Rifkin & Hill, P.C.
11550 N. Meridian Street, Suite 115
Carmel, IN 46032

/s/ Jeannette Eisan Hinshaw
Jeannette Eisan Hinshaw